# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139568

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEQUAN NATHANIEL POWELL,
     Defendant-Appellant.

SC: 139568
COA: 292541
Oakland CC: 2004-198256-FC

_____/

     On order of the Court, the application for leave to appeal the July 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

d1116